UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MORRIS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>SILVA H. GARCIA, WARDEN,<br><br>　　　　　Respondent. | Case No. CV 10-2486 BRO(JC)<br><br>~~(PROPOSED)~~ JUDGMENT |

　　　Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: __4.17.15__

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE